LOTTE DOVERMAN ET AL. *v.* BOARD OF ZONING APPEALS
OF THE TOWN OF HAMDEN ET AL.

The defendants' petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*George Greenstein,* assistant town attorney, and *Joseph C. Lee,* in support of the petition.

*Peters A. Treffers,* in opposition.

Submitted March 30—decided April 5, 1973

UNITED AIRCRAFT CORPORATION *v.* HELIPARTS, INC.,
ET AL.

The plaintiff's motion from the Superior Court in Hartford County for permission to file an interlocutory appeal from an order of discovery and production is denied.

*Bruce W. Manternach,* in support of the motion.

*Melvin S. Katz,* in opposition.